MELINDA HAAG (CSBN 132612)
United States Attorney

ALEX G. TSE (CSBN 152348)
Chief, Civil Division

MARK R. CONRAD (CSBN 255667)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    FAX: (415) 436-6748
    mark.conrad@usdoj.gov

Attorneys for Defendants

FILED 2013 MAR 29 A 9:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 13 80 062 MISC

| | |
|---|---|
| IN RE LETTERS ROGATORY FROM THE NATIONAL FIRST INSTANCE COURT IN CIVIL MATTERS NUMBER 58 OF BUENOS AIRES, ARGENTINA | No. _____<br><br>**DECLARATION OF MARK R. CONRAD IN SUPPORT OF APPLICATION FOR APPOINTMENT AS COMMISSIONER PURSUANT TO 28 U.S.C. § 1782** |

CONRAD DECL. ISO APP. FOR APPOINTMENT
Case No. _____

I, Mark R. Conrad, declare as follows:

1. I am an Assistant United States Attorney and represent the United States of America in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of the Application for Appointment of Commissioner Pursuant to 28 U.S.C. § 1782, filed concurrently herewith. The matters stated in this declaration are true of my own knowledge or based upon information and belief as a result of my review of the file in this matter. If necessary I could and would competently testify to them.

2. Pending before the Court is an application submitted by the United States Attorney's Office on behalf of the National First Instance Court in Civil Matters No. 58 of Buenos Aires, Argentina, for this Court to issue an order pursuant to 28 U.S.C. § 1782 appointing a Commissioner to obtain records and/or testimony in connection with a request for international judicial assistance. The United States Attorney requests that the Court appoint Mark R. Conrad, Assistant United States Attorney, as Commissioner and authorize AUSA Conrad to obtain records and/or testimony from "Bell Ollan," an individual or entity that is asserted by the Argentinian court to be resident within the jurisdiction of this Court. The documents supporting this application are described below and attached hereto as exhibits.

3. Attached hereto as Exhibit A is a true and correct copy of the letters rogatory issued on April 26, 2012, by the National First Instance Court in Civil Matters No. 58 of Buenos Aires, Argentina ("Letters Rogatory"). Attached hereto as Exhibit B is a true and correct copy of a certified English translation of the Letters Rogatory. The Letters Rogatory request that this Court summon Bell Ollan to furnish records and/or testimony in connection with a matter captioned In re Weiner, Laurence Paul v. Negri & Teijeiro Abogados Sociedad Civil.

4. The Letters Rogatory were received by the Office of International Judicial Assistance in the Department of Justice, which referred the Argentinian court's request to the U.S. Attorney's Office for the Northern District of California.

5. Attached hereto as Exhibit C is a true and correct copy of a letter that I sent on March 19, 2013, to "Bell Ollan" at the addressed provided by the National First Instance Court in Civil

CONRAD DECL. ISO APP. FOR APPOINTMENT
Case No. _____                    -1-

Matters No. 58 of Buenos Aires, Argentina. This letter was returned by the United States Postal Service as undeliverable on March 27, 2013.

6. A copy of this declaration, the Application for Appointment of Commissioner Pursuant to 28 U.S.C. § 1782, and the Proposed Order Granting Application for Appointment of Commissioner Pursuant to 28 U.S.C. § 1782, will be served on "Bell Ollan" at the address provided by the National First Instance Court in Civil Matters No. 58 of Buenos Aires, Argentina, as of the date of this declaration via Certified Mail, Return Receipt Requested.

7. Pursuant to 28 U.S.C. § 1782(a), the United States of America thus requests that the Court appoint Assistant United States Attorney Mark R. Conrad to act as Commissioner with respect to the Letters Rogatory and to authorize AUSA Conrad to issue subpoenas to obtain the testimony of Bell Ollan in compliance with the Letters Rogatory and to take all steps reasonably necessary for the accomplishment of the goals described in the Letters Rogatory.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 29th day of March 2013, in San Francisco, California.

_/s/ Mark R. Conrad_
MARK R. CONRAD
Assistant United States Attorney

# Exhibit A



Buenos Aires, 26 Abril de 2018

AL SEÑOR JUEZ QUE CORRESPONDA, CON JURISDICCIÓN Y COMPETENCIA EN LA CIUDAD OAKLAND, CALIFORNIA, ESTADOS UNIDOS DE AMÉRICA.

**SALUDA, EXHORTA Y HACE SABER:**



Que por ante el Juzgado Nacional de Primera Instancia en lo Civil N° 58, a mi cargo, Secretaría única a cargo de la Dra. Alejandra Morales, sito en Avenida de los Inmigrantes 1950, 5° piso, Ciudad Autónoma de Buenos Aires, tramitan los autos caratulados **"WIENER, LAURENCE PAUL c/ NEGRI & TEIJEIRO ABOGADOS SOCIEDAD CIVIL s/ COBRO DE SUMAS DE DINERO", Expte. N° 77866/10"**, en los cuales el suscripto ha dispuesto librar la presente rogatoria con carácter, a fin de que V.S. ordene el libramiento de un oficio a la firma **Bell Ollan,** con domicilio en 6800 Arthur St., Oackland, California 94605, Estados Unidos de América, a fin que informe si desde el mes de abril de 2010 (inclusive) hasta el mes de octubre de 2010 (inclusive) la oficiada ha solicitado, demandado o contratado servicios jurídicos o recibido asesoramiento jurídico de WSC Legal o WSC Wiener-Soto-Caparrós o "wsclegal.com" o "wsclegal.com.ar" o WSC LEGAL SOCIEDAD DE RESPONSABILIDAD LIMITADA o como jurídicamente se denomina a los efectos fiscales e impositivos, con domicilio en Avda. Presidente Roque Sáenz Peña 637, piso 1°, Buenos Aires, Argentina (C1035AAB).

El presente exhorto se libra de conformidad con lo previsto en la Ley 23.480 (que aprueba la Convención sobre la obtención de pruebas en el extranjero en materia civil o comercial adoptada en la ciudad de La Haya el 18/03/70 por la Conferencia de la Haya de Derecho Internacional Privado).

Que en cumplimiento de los recaudos dispuestos por dicha normativa señalo lo siguiente:






### 1.- LAS PARTES EN ESTAS ACTUACIONES SON:

**Parte Actora/Reconvenida:** LAURENCE PAUL WIENER con domicilio real en la calle Roque Sáenz Peña 637, piso 1°, Ciudad Autónoma de Buenos Aires, República Argentina, representado por el Dr. Norberto Jorge Borlenghi, con domicilio constituido en la calle Leandro N. Alem 584, piso 10°, Ciudad Autónoma de Buenos Aires, República Argentina.

**Parte Demandada/Reconviniente:** NEGRI & TEIJEIRO – ABOGADOS SOCIEDAD CIVIL (N&T) con domicilio en la Avenida Corrientes 316, 3° piso, Ciudad Autónoma de Buenos Aires, República Argentina, representada por el Dr. Eduardo A. Bieule, con domicilio constituido en Maipú 631, 2° piso, departamento "C" y "D", Ciudad Autónoma de Buenos Aires, República Argentina.

### 2.- OBJETO DEL JUICIO:
**Demanda:** Se trata de un juicio de naturaleza civil por cobro de sumas de dinero.
**Reconvención:** Se trata de un juicio de naturaleza civil por reclamo de daños y perjuicios.

### 3.- MONTO DEL JUICIO:
**Demanda:** $ 154.938,47.- (pesos ciento cincuenta y cuatro mil novecientos treinta y ocho con cuarenta y siete centavos) y USD 41.812,30.- (dólares estadounidenses cuarenta y un mil ochocientos doce con treinta centavos).
**Reconvención:** monto indeterminado.

**4.- PROCEDIMIENTO JUDICIAL A REALIZARSE:** orden de libramiento y diligenciamiento de oficio a la firma **Bell Ollan**, con domicilio en 6800 Arthur St. Oackland, California 94605, Estados Unidos de América.

La resolución que ordena la medida en su parte pertinente dice: *"En Buenos Aires, a los 28 días del mes de febrero de 2012...Líbrense oficios en los términos del art. 400 del Cód. Procesal y, en su caso, conforme ley 22.172 o exhorto, (con las limitaciones explicadas precedentemente) a: Bell Ollan...Fdo. Juez. María Isabel Di Filippo."*

Se hace constar que los Dres. Carlos María Fariña y/o Alejandro Juan Pablo Breit y/o Matías Reichman y/o Javier Casabal y/o Julieta Concetti y/o Ricardo Daniel Foglia y/o Martina Bordoli y/o Verónica Apollonio y/o Dolores María Nazar y/ los señores Tomás Ambrosini y/o Luca Martín Borsalino y/o Lilen Reyes y/o María Emilia Pereyra Alonso y/o la persona que éstos designen se encuentran autorizados, en representación de la parte demandada reconviniente, NEGRI & TEIJEIRO ABOGADOS SOCIEDAD CIVIL, para correr con el diligenciamiento de la presente rogatoria, en la República Argentina, con las más amplias facultades.

Dios guarde a V.S.

MARIA ALEJANDRA MORALES
SECRETARIA

MARIA ISABEL DI FILIPPO
JUEZ NACIONAL

LA CAMARA NACIONAL DE APELACIONES EN LO CIVIL CERTIFICA EN
Bs. As., - 8 JUN 2012
QUE LA FIRMA Y SELLO QUE ANTECEDEN GUARDAN SIMILITUD CON LAS CONSTANCIAS DE NUESTRO REGISTRO

MARIANA IRIGARAY
PROSECRETARIA ADMINISTRATIVA
LEGALIZACIONES CAMARA CIVIL

# Exhibit B

{At the top right corner of all pages of the original document there appear an illegible signature and a seal reading:} MARÍA ISABEL DI FILIPPO. Judge of First Instance for Civil Matters in and for the City of Buenos Aires.............................................................

{At the top left corner of all pages of the original document there appear an illegible signature and a seal reading:} MARÍA ALEJANDRA MORALES. Clerk of Court.............

{On the upper right hand corner of this page there appears an oval seal reading:} COURT OF FIRST INSTANCE FOR CIVIL MATTERS NO. 58 IN AND FOR THE CITY OF BUENOS AIRES...................................................................................

Buenos Aires, April 26, 2012 ...............................................................................

TO SUCH JUDGE OR COURT OF THE SAME RANK AS MAY HAVE JURISDICTION OVER LIKE MATTERS IN THE CITY OF OAKLAND, CALIFORNIA, UNITED STATES OF AMERICA, THE UNDERSIGNED JUDGE, MARÍA ISABEL DI FILIPPO, PRESENTS GREETINGS, INFORMS AND REQUESTS AS FOLLOWS: .........................................................................

In re *"WIENER, LAURENCE PAUL C/NEGRI & TEIJEIRO ABOGADOS SOCIEDAD CIVIL S/COBRO DE SUMAS DE DINERO" Expte. No. 77866/10* [WIENER, LAURENCE PAUL v. NEGRI & TEIJEIRO ABOGADOS SOCIEDAD CIVIL – Collection of monies owed], (File No. *77866/10*), which cause is now pending before the Court of First Instance for Civil Matters No. 58, where I sit, unnumbered clerk's office, in the care of Alejandra Morales, attorney-at-law, located at Avenida de los Inmigrantes 1950, 5° piso, Autonomous City of Buenos Aires, issuance of these presents has been ordered so that you execute the requisite formalities to cause **Bell Ollan**, domiciled at 6800 Arthir St., Oackland, California 94605, United States of America, to state whether from (and including) April 2010 to (and including) October 2010, the recipient requested, required or hired professional legal services or received professional legal services from WSC Legal or WSC Wiener-Soto-Caparrós or "wsclegal.com" or "wsclegal.com.ar" or WSC LEGAL DE RESPONSABILIDAD LIMITADA, or such other legal name used for fiscal or tax purposes, domiciled at Avda. Presidente Roque Sáenz Peña 637, piso 1°, Buenos Aires, Argentina (C1035AAB). ........................................................................................

This letter of request is issued pursuant to Act. No. 23480 (ratifying The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters concluded March 18, 1970 in the Hague by the Hague Conference on Private International Law). .....................................................................................

In compliance with the provisions thereof, I hereby state as follows: ............................

**1.- PARTIES TO THE PROCEEDING:** ......................................................................

**Plaintiff/Counterclaim Defendant:** LAURENCE PAUL WIENER, with actual place of residence at Roque Sáenz Peña 637, piso 1°, Autonomous City of Buenos Aires, Republic of Argentina, represented by Norberto Jorge Borlenghi, attorney-at-law, with

his domicile ad litem established at Leandro N. Alem 584, 10° Piso, Autonomous City of Buenos Aires, Republic of Argentina..................................................................................

**Defendant/Counterclaim Plaintiff:** NEGRI & TEIJEIRO – ABOGADOS SOCIEDAD CIVIL (N & T) domiciled at Avenida Corrientes 316, 3° Piso, Autonomous City of Buenos Aires, Republic of Argentina, represented by Eduardo A. Bieule, attorney-at-law, with his domicile ad litem established at Maipú 631, 2° Piso, Departamentos "C" - "D", Autonomous City of Buenos Aires, Republic of Argentina. .....................................

**2.- NATURE OF THE PROCEEDING FOR WHICH THE EVIDENCE IS REQUIRED:** ............................................................................................................

**Complaint:** A civil action for collection of monies owed. ................................................

**Counterclaim:** A civil action for damages. ....................................................................

**3.- AMOUNT CLAIMED:** ............................................................................................

**Complaint:** [AR]$ 154,938.47.- (One hundred and forty-four thousand nine hundred and thirty-eight Argentine Pesos, and forty-seven cents), and USD 41,812.30 (Forty-one thousand eight hundred and twelve Argentine Pesos and thirty cents) ............................

**Counterclaim:** A proceeding not for a sum certain. .........................................................

**4.- JUDICIAL ACT TO BE PERFORMED:** order of issuance and execution of a letter to **Bell Ollan**, domiciled at 6800 Arthir St., Oackland, California 94605, United States of America. ........................................................................................................

The relevant portion of the court ruling mandating that these presents be issued reads as follows: "*Buenos Aires, February 28, 2012... That official letters as provided in Section 400 of the Code of Procedure, and if applicable, letters of request as provided in Act No. 22172, (with the limits stated above) ... be issued Bell Ollan...*" Signed: María Isabel Di Filippo, Judge. ..............................................................................................

Messrs. Carlos María Fariña and/or Alejandro Juan Pablo Breit and/or Matías Reichman and/or Javier Casabal and/or Julieta Concetti and/or Ricardo Daniel Foglia and/or Martina Bordoli and/or Verónica Apollonio and/or Dolores María Nazar, attorneys-at-law, and/or Messrs. Tomás Ambrosini and/or Luca Martín Borsalino and/or Lilen Reyes and/or María Emilia Pereyra Alonso and/or any other persons appointed by them to that effect are hereby authorized and empowered to execute the requisite formalities on behalf of defendant/counterclaim plaintiff in connection with this letter of request, in the Republic of Argentina, with full powers and authority to that effect..............................

Respectfully submitted, ....................................................................................................

{Handwritten} Erasures and alterations: the word "26" is valid. .......................................

{There appear an illegible signature and a seal reading:} MARÍA ALEJANDRA MORALES. Clerk of Court..............................................................................................

{Signed} MARÍA ISABEL DI FILIPPO. Judge of First Instance for Civil Matters in and for the City of Buenos Aires. .............................................................................................

Respectfully submitted, ..................................................................................

{Handwritten} Erasures and alterations: the word "26" is valid. .....................................

{There appear an illegible signature and a seal reading:} MARÍA ALEJANDRA MORALES. Clerk of Court. ..............................................................................................

{Signed} MARÍA ISABEL DI FILIPPO. Judge of First Instance for Civil Matters in and for the City of Buenos Aires. ....................................................................................

(There appear 3 seals that read:) (1) Argentine Code of Arms, National Civil Court of Appeals, Capital City of Buenos Aires, Legalizations. (2) In Buenos Aires, on June 8, 2012, the National Civil Court of Appeals certifies that the signature and seal appearing above are similar to the ones in our records; (illegible signature) (3) Mariana Irigaray, Administrative Assistant Secretary, Legalizations, National Civil Court of Appeals. .....

**THIS IS A TRUE TRANSLATION** into English of the document in Spanish which I have had before me and attach hereto. Done in the City of Buenos Aires, on this 5th day of July, 2012. (This translation consists of 3 pages). ........................................................

{The same statement in Spanish follows for authentication purposes}. ...............................
Es traducción fiel al inglés del documento que he tenido a la vista y al cual me remito, en Buenos Aires, a 5 días del mes de julio de 2012. (La traducción se extiende en 3 páginas).

CYNTHIA JENKINS
TRADUCTORA PÚBLICA (INGLÉS)
FOLIO 269 - TOMO IX
INSCRIPTA N° 2415

# Exhibit C



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*
*Tel: (415) 436-7025*
*Fax: (415) 436-6748*
*Email: mark.conrad@usdoj.gov*

**March 19, 2013**

*Via Certified U.S. Mail (Return Receipt Requested)*

Bell Ollan
6800 Arthur Street
Oakland, CA 94605

Dear Madam or Sir:

The office of International Judicial Assistance in the United States Department of Justice has received a request for assistance from the National Court of First Instance in Civil No. 58 in Buenos Aires, Argentina, to obtain records and/or testimony from you in connection with a lawsuit that is currently pending there captioned *Weiner v. Negri & Teijeiro Abogados Sociedad Civil*. I am an Assistant United States Attorney in the Northern District of California and have been assigned to obtain records and/or testimony from you in connection with the request made by the Argentinian civil court.

Although there are various procedures available to compel the production of documents and/or your attendance at a deposition in this matter, I am writing as an initial matter and as a courtesy to try and arrange for your voluntary cooperation to produce documents and/or provide sworn testimony at a date and time that is convenient for you. Please contact me at your earliest convenience at (415) 436-7025 or mark.conrad@usdoj.gov so that we can discuss the issue and address any questions that you may have.

Very truly yours,

MELINDA HAAG
United States Attorney

MARK R. CONRAD
Assistant United States Attorney