MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

ANN MARIE REDING (CSBN 255667)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    FAX: (415) 436-6748
    mark.conrad@usdoj.gov

Attorneys for Defendants

FILED
2013 MAR 29 A 10: 23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LETTERS ROGATORY FROM THE NATIONAL FIRST INSTANCE COURT IN CIVIL MATTERS NUMBER 58 OF BUENOS AIRES, ARGENTINA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. CV 13 80 062 MISC SI<br><br>CERTIFICATE OF SERVICE |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on March 29, 2013, she caused a copy of:

1. **APPLICATION FOR APPOINTMENT OF COMMISSIONER PURSUANT TO 28 U.S.C. § 1782**

2. **DECLARATION OF MARK R. CONRAD IN SUPPORT OF APPLICATION FOR APPOINTMENT OF COMMISSIONER PURSUANT TO 28 U.S.C. § 1782**

CERTIFICATE OF SERVICE
CV 13 80 062 MISC SI

3.   **[PROPOSED] ORDER GRANTING APPLICATION FOR APPOINTMENT AS COMMISSIONER PURSUANT TO 28 U.S.C. § 1782**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

____ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

__X__ **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **ELECTRONIC MAIL**

____ **FEDERAL EXPRESS**

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FACSIMILE (FAX)** Telephone No: See Below_____

upon the person at the place and address stated below, which is the last known address:

Bell Ollan
6800 Arthur Street
Oakland, CA  94605

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 29, 2013 at San Francisco, California.

_____
BONNY WONG
Legal Assistant

CERTIFICATE OF SERVICE
CV 13 80 062 MISC SI

2