1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   ALEX G. TSE (CSBN 152348)
3  Chief, Civil Division

4  MARK R. CONRAD (CSBN 255667)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7025
7  FAX: (415) 436-6748
   mark.conrad@usdoj.gov
8
   Attorneys for Defendants
9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   IN RE LETTERS ROGATORY FROM      )   No. _____
14 THE NATIONAL FIRST INSTANCE      )
   COURT IN CIVIL MATTERS NUMBER    )   [PROPOSED] ORDER GRANTING
15 58 OF BUENOS AIRES, ARGENTINA    )   APPLICATION FOR APPOINTMENT
                                    )   AS COMMISSIONER PURSUANT TO
16                                  )   28 U.S.C. § 1782
   _____)
17

ORDER GRANTING APP. FOR APPOINTMENT
Case No. _____

**[PROPOSED] ORDER GRANTING APPLICATION
FOR APPOINTMENT PURSUANT TO 28 U.S.C. § 1782**

Pending before the Court is an application submitted by the United States Attorney, on behalf of the National First Instance Court in Civil Matters No. 58 of Buenos Aires, Argentina, for an order of the Court pursuant to 28 U.S.C. § 1782. The United States Attorney requests that the Court appoint Mark R. Conrad, Assistant United States Attorney, as Commissioner and authorize AUSA Conrad to obtain testimony from an individual or entity named "Bell Ollan" assertedly located within the jurisdiction of this Court, in conformity with the Letters Rogatory issued by the Argentinian Court on April 26, 2012, in the matter captioned <u>Raytheon BBN Technologies Corp. versus SAIL Labs Technology AG for € 1,366,120.20</u>.

The Court has reviewed the documents supporting this request for international judicial assistance as attached to the Declaration of Mark R. Conrad, the application of the United States and memorandum in support thereof, and is informed of the grounds upon which the Letters Rogatory and application are based.

Pursuant to the power conferred on it under 28 U.S.C. § 1782, the Court hereby ORDERS that AUSA Mark R. Conrad is appointed as Commissioner, that AUSA Conrad is authorized to issue subpoenas to obtain the testimony of "Bell Ollan" in compliance with the Letters Rogatory, and that AUSA Conrad is authorized to take all steps reasonably necessary for the accomplishment of the Letters Rogatory and the fulfillment of the request of the National First Instance Court in Civil Matters No. 58 of Buenos Aires, Argentina.

IT IS SO ORDERED.

Dated: _____4/2/13_____

_____
United States Magistrate Judge