MELINDA HAAG (CSBN 132612)
United States Attorney

ALEX G. TSE (CSBN 152348)
Chief, Civil Division

MARK R. CONRAD (CSBN 255667)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7025
   FAX: (415) 436-6748
   mark.conrad@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV13 80 062MISC

| | |
|---|---|
| IN RE LETTERS ROGATORY FROM THE NATIONAL FIRST INSTANCE COURT IN CIVIL MATTERS NUMBER 58 OF BUENOS AIRES, ARGENTINA | No. _____<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR APPOINTMENT AS COMMISSIONER PURSUANT TO 28 U.S.C. § 1782 |

ORDER GRANTING APP. FOR APPOINTMENT
Case No. _____

# [PROPOSED] ORDER GRANTING APPLICATION
# FOR APPOINTMENT PURSUANT TO 28 U.S.C. § 1782

Pending before the Court is an application submitted by the United States Attorney, on behalf of the National First Instance Court in Civil Matters No. 58 of Buenos Aires, Argentina, for an order of the Court pursuant to 28 U.S.C. § 1782. The United States Attorney requests that the Court appoint Mark R. Conrad, Assistant United States Attorney, as Commissioner and authorize AUSA Conrad to obtain testimony from an individual or entity named "Bell Ollan" assertedly located within the jurisdiction of this Court, in conformity with the Letters Rogatory issued by the Argentinian Court on April 26, 2012, in the matter captioned <u>Raytheon BBN Technologies Corp. versus SAIL Labs Technology AG for € 1,366,120.20</u>.

The Court has reviewed the documents supporting this request for international judicial assistance as attached to the Declaration of Mark R. Conrad, the application of the United States and memorandum in support thereof, and is informed of the grounds upon which the Letters Rogatory and application are based.

Pursuant to the power conferred on it under 28 U.S.C. § 1782, the Court hereby ORDERS that AUSA Mark R. Conrad is appointed as Commissioner, that AUSA Conrad is authorized to issue subpoenas to obtain the testimony of "Bell Ollan" in compliance with the Letters Rogatory, and that AUSA Conrad is authorized to take all steps reasonably necessary for the accomplishment of the Letters Rogatory and the fulfillment of the request of the National First Instance Court in Civil Matters No. 58 of Buenos Aires, Argentina.

IT IS SO ORDERED.

Dated: 4/2/13

_____
United States Magistrate Judge

ORDER GRANTING APP. FOR APPOINTMENT
Case No. _____                    -1-